UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ISABELLE CORNELL,<br><br>Appellant,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Appellee. | No. 2:13-CV-0748 KJM<br><br><br>ORDER TO SHOW CAUSE |

      On April 15, 2013, Cornell appealed from the bankruptcy court's order granting appellee U.S. Bank National Association's motion for relief from the automatic stay and elected to proceed in the district court with the appeal. ECF No. 1 at 2-6.

      On April 19, 2013, this court issued an Opening Letter, directing appellant to file within fourteen days a designation of record, statement of issues on appeal, and a notice regarding ordering of the transcripts. ECF No. 2.

      On May 24, 2013, the bankruptcy court certified to this court that the record on appeal was incomplete because the transcript or notice regarding the transcript had not been filed. ECF No. 4. The bankruptcy court has not certified that the record has ever been completed and a perusal of the docket of In re Melanie Isabelle Cornell, Bankruptcy No. 12-23115-B—11, confirms that appellant has not perfected the record on appeal.

/////

1       Accordingly, appellant is hereby ordered to show cause within fourteen days of
2 this order why this appeal should not be dismissed for failure to prosecute. Failure to respond to
3 this order will result in an order dismissing the case.
4       IT IS SO ORDERED.
5 DATED: May 7, 2014.

                                            UNITED STATES DISTRICT JUDGE